UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

LARRY L. KROHN,

Plaintiff,

v.

GRAFF CALIFORNIAWEAR, INC.,

Defendant.

CIVIL NO. 02-118 (DSD/JMM)

EXPEDITED TRIAL
PRETRIAL SCHEDULING ORDER

Pursuant to Rule 16 of the Federal Rules of Civil Procedure and the Local Rules of this Court, and in order to secure the just, speedy and inexpensive determination of this action, the following schedule shall govern these proceedings. The schedule may be modified only upon formal motion and a showing of good cause as required by Local Rule 16.3.

Pleadings/Disclosures

Completed - All pre-discovery disclosures required by Rule 26(a)(1) has been completed.

Expired- The time for making motions which seek to amend the pleadings or add parties has expired.

Discovery/Nondispositive Motions

June 1, 2002- All discovery of any kind shall be commenced in time to be completed by this date.

If a party desires to make a non-dispositive Motion, it shall first apply for permission to do so in a telephone conference with the Magistrate Judge. If permission is granted, the Motion shall be brought by letter to the Magistrate Judge, and the Response shall be made within two days by letter to the Magistrate Judge. Each letter shall not exceed two pages, and a copy thereof shall be filed with the Clerk of Court. Unless the Magistrate Judge finds that extraordinary circumstances exist, there shall be no oral hearing, and costs shall be awarded to the prevailing party on the motion.

Filed FEB 22 2002
Richard D. Sletten, Clerk
Judgment Entered ________
Deputy Clerk's Initials ________

Dispositive Motions/Trial

If a party desires to make a dispositive Motion, it shall first apply for permission to do so, by letter to the District Judge, not to exceed two pages. The party opposing permission may respond within two days, by letter to the District Judge, not to exceed two pages. If permission is granted, the District Judge will establish a prompt briefing schedule, limit the length of memoranda, and rule promptly on the Motion. Pendency of a dispositive motion shall not stay any other proceedings. Unless the district Judge finds that extraordinary circumstances exist, there shall be no oral hearing, and costs shall be awarded to the prevailing party on the motion.

This case shall be ready for Jury trial on or before July 1, 2002. Each side will be granted eight hours of trial time.

General

The Court does not expressly limit the number of depositions or written discovery devices which may be employed by the parties. The attention of the parties is called to the provisions of Rule 26(g). If necessary, the Court will rule on objections to specific discovery. See also Rule 37(a)(4).

Dated: February 22, 2002

JOHN M. MASON
United States Magistrate Judge