UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Larry L. Krohn,

Plaintiff,

v.

Graff Californiawear, Inc.,

Defendant.

Civil File No.: 02 CV 118 DSD/JMM

**ORDER FOR DISMISSAL WITH PREJUDICE**

---

Upon the foregoing Stipulation, IT IS HEREBY ORDERED:

That a judgment of dismissal with prejudice and on the merits without cost to any party be entered in the above-entitled action.

DATED: March 28, 2002

BY THE COURT:

David S. Doty
Judge of District Court

749513.1

FILED 3-28-02
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD 3-28-02
DEPUTY CLERK

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Larry L. Krohn,

Plaintiff,

v.

Graff Californiawear, Inc.,

Defendant.

Civil File No.: 02 CV 118 DSD/JMM

**STIPULATION FOR DISMISSAL WITH PREJUDICE**

---

WHEREAS, the parties hereto desire, by execution hereof, to fully and finally resolve the subject matters of this action;

NOW, THEREFORE, it is stipulated and agreed between the plaintiff and defendant and any and all of their heirs, successors and assigns, that the above-entitled action, may be and hereby is dismissed with prejudice, and on the merits, without further costs to any party and that a judgment of dismissal with prejudice, and on the merits may be entered pursuant to this Stipulation and without further notice.

Dated: 3/6/02

D. Clay Taylor (204857
D. CLAY TAYLOR, P.A.
5002 Hyatt Merchandise Mart
1300 Nicollet Mall
Minneapolis, MN 55403
(612) 904-7376
Attorneys for Plaintiff

Dated: 3/5/02

Christopher J. Harristhal (175754)
LARKIN, HOFFMAN, DALY & LINDGREN, LTD.
1500 Wells Fargo Plaza
7900 Xerxes Avenue South
Bloomington, MN 55431
(952) 835-3800
Attorneys for Defendant

749511.1